# U.S. District Court
# District of New Jersey [LIVE] (Newark)
# CIVIL DOCKET FOR CASE #: 2:16–cv–03681–KM–JBC

HUHN v. FACEBOOK, INC.
Assigned to: Judge Kevin McNulty
Referred to: Magistrate Judge James B. Clark
Case in other court: SUPERIOR COURT OF NEW JERSEY, LAW DIVISION, MORRIS, MRS–L–01155–16
Cause: 28:1332 Diversity–Notice of Removal

Date Filed: 06/22/2016
Date Terminated: 07/15/2016
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**JASON HUHN**
*on behalf of himself and all persons similarly situated*

represented by **JEREMY M. GLAPION**
The Glapion Law Firm
1704 Maxwell Drive
Suite 102
Wall, NJ 07719
732–455–9737
Email: jmg@glapionlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**FACEBOOK, INC.**

represented by **STEVEN P. BENENSON**
PORZIO, BROMBERG & NEWMAN, PC
100 SOUTHGATE PARKWAY
PO BOX 1997
MORRISTOWN, NJ 07962–1997
(973) 538–4006
Email: spbenenson@pbnlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/22/2016 | 1 | NOTICE OF REMOVAL by FACEBOOK, INC. from SUPERIOR COURT OF NEW JERSEY, LAW DIVISION, MORRIS COUNTY, case number MRS–L–01155–16. ( Filing and Admin fee $ 400 receipt number 0312–7180395), filed by FACEBOOK, INC.. (Attachments: # 1 Declaration, # 2 Exhibit A–B, # 3 Civil Cover Sheet)(gl) (Entered: 06/24/2016) |
| 06/22/2016 |  | CLERK'S QUALITY CONTROL MESSAGE – Please be advised, pursuant to Fed. R. Civ. Pro. 7.1, a disclosure statement is required to be filed by a nongovernmental corporate party. Please refer to the Court's website at www.njd.uscourts.gov for a form and filing instructions. (gl) (Entered: 06/24/2016) |
| 06/24/2016 | 2 | Corporate Disclosure Statement by FACEBOOK, INC.. (BENENSON, STEVEN) (Entered: 06/24/2016) |

| | | |
|---|---|---|
| 06/24/2016 | Ï 3 | Application and Proposed Order for Clerk's Order to extend time to answer as to Facebook, Inc.. (BENENSON, STEVEN) (Entered: 06/24/2016) |
| 06/24/2016 | Ï | Clerk`s Text Order – The document 3 Application for Clerk's Order to Ext Answer/Proposed Order submitted by FACEBOOK, INC. has been GRANTED. The answer due date has been set for 7/13/16. (sr, ) (Entered: 06/24/2016) |
| 07/06/2016 | Ï 4 | MOTION for Leave to Appear Pro Hac Vice by FACEBOOK, INC.. (Attachments: # 1 Declaration of Steven P. Benenson, # 2 Declaration of Michael D. Celio, # 3 Declaration of Benedict Y. Hur, # 4 Declaration of Justina Sessions, # 5 Text of Proposed Order)(BENENSON, STEVEN) (Entered: 07/06/2016) |
| 07/07/2016 | Ï 5 | ORDER permitting Benedict Y. Hur, Michael D. Celio and Justina Kahn Sessions to appear pro hac vice. Signed by Magistrate Judge James B. Clark on 7/7/16. (sr, ) (Entered: 07/07/2016) |
| 07/12/2016 | Ï | Pro Hac Vice fee of $ 450 received as to Benedict Y. Hur, Esq., Michael D. Celio, Esq., and Justina Kahn, Esq., receipt number TRE070977 (mps) (Entered: 07/12/2016) |
| 07/13/2016 | Ï 6 | MOTION to Transfer Case to the Northern District of California by FACEBOOK, INC.. (Attachments: # 1 Brief In Support of Defendant Facebook, Inc.'s Motion to Transfer, # 2 Declaration of Jeannie Farren, # 3 Declaration of Eliyahu Scheiman, # 4 Text of Proposed Order)(BENENSON, STEVEN) (Entered: 07/13/2016) |
| 07/13/2016 | Ï 7 | MOTION to Dismiss *Plaintiff's Class Action Complaint Under Fed. R. Civ. P. 12(b)(6)* by FACEBOOK, INC.. Responses due by 8/1/2016 (Attachments: # 1 Brief in Support of Defendant Facebook, Inc.'s Motion to Dismiss, # 2 Declaration of Jeannie Farren, # 3 Declaration of Eliyahu S. Scheiman with Exhibits A – E, # 4 Exhibit F – L, # 5 Exhibit M – Q, # 6 Text of Proposed Order)(BENENSON, STEVEN) (Entered: 07/13/2016) |
| 07/14/2016 | Ï | Set/Reset Deadlines as to 6 MOTION to Transfer Case to the Northern District of California , 7 MOTION to Dismiss *Plaintiff's Class Action Complaint Under Fed. R. Civ. P. 12(b)(6)*. Motion set for 8/15/2016 before Judge Kevin McNulty. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (DD, ) (Entered: 07/14/2016) |
| 07/14/2016 | Ï 8 | RESPONSE to Motion filed by JASON HUHN re 6 MOTION to Transfer Case to the Northern District of California *Statement of Non−Opposition to Motion and Request to Deny Defendant's Motion to Dismiss Without Prejudice to Refiling in the Transferee Court* (GLAPION, JEREMY) (Entered: 07/14/2016) |
| 07/14/2016 | Ï 9 | Notice of Request by Pro Hac Vice Attorneys Michael D. Celio, Benedict Y. Hur, and Justina Sessions to receive Notices of Electronic Filings. (BENENSON, STEVEN) (Entered: 07/14/2016) |
| 07/15/2016 | Ï 10 | ORDER granting 6 Motion to Transfer Case to United States District Court for the Northern District of California (USCA Electronically Notified) ***CIVIL CASE TERMINATED. Signed by Judge Kevin McNulty on 7/15/16. (cm ) (Entered: 07/15/2016) |