KEKER & VAN NEST LLP
MICHAEL D. CELIO - # 197998
mcelio@kvn.com
BENEDICT Y. HUR - # 224018
bhur@kvn.com
JUSTINA SESSIONS - # 270914
jsessions@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:  415 397 7188

Attorneys for Defendant
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JASON HUHN,<br><br>            Plaintiff,<br><br>     v.<br><br>FACEBOOK, INC.,<br><br>            Defendant. | Case No. 3:16-cv-04035-HSG<br><br>**STIPULATION AND ORDER RE: BRIEFING ON MOTION TO DISMISS**<br><br>Dept.:   Courtroom 10, 19th Floor<br>Judge:   Hon. Haywood S. Gilliam, Jr.<br><br>Trial Date: None Set |

1  Plaintiff Jason Huhn and Defendant Facebook, Inc. ("Facebook"), through their respective
2  counsel of record, stipulate as follows:
3  WHEREAS, Facebook removed this action to the United States District Court for the
4  District of New Jersey on June 22, 2016;
5  WHEREAS, Facebook filed a motion to transfer to this Court and a motion to dismiss the
6  complaint on July 13, 2016 and noticed both motions for hearing on August 15, 2016;
7  WHEREAS, the United States District Court for the District of New Jersey granted
8  Facebook's motion to transfer on July 15, 2016;
9  WHEREAS, this case was assigned to United States Magistrate Judge Jacqueline Scott
10  Corley on July 20, 2016;
11  WHEREAS, after Plaintiff declined magistrate jurisdiction, the Clerk of Court vacated all
12  pending hearing dates and ordered the parties to re-notice hearings upon reassignment on July 22,
13  2016;
14  WHEREAS, Facebook has re-noticed its motion to dismiss for hearing on **September 22,**
15  **2016**;
16  WHEREAS, Plaintiff's time to oppose the motion to dismiss has passed and Plaintiff
17  seeks an extension of time to file its opposition; and
18  WHEREAS, Facebook has agreed to Plaintiff's request for an extension of time and
19  Plaintiff has agreed to provide Facebook with additional time to file its reply; and
20  WHEREAS, the briefing schedule below provides for the motion to be fully briefed 28
21  days before the hearing;
22  THEREFORE, the parties stipulate and agree that, subject to the Court's approval, further
23  briefing on Facebook's motion to dismiss shall proceed as follows:
24  ● Plaintiff's opposition shall be due **August 11, 2016**.
25  ● Facebook's reply shall be due **August 25, 2016**.
26  Good cause supports this stipulated request, as set forth in the Declaration of Benedict Y.
27  Hur.
28  Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories

1

STIPULATION AND [PROPOSED] ORDER RE: BRIEFING ON MOTION TO DISMISS
Case No. 3:16-cv-04035-HSG

1082125

have concurred in its filing.

Dated: August 3, 2016                                    THE GLAPION LAW FIRM, LLC

                                                By:   */s/ Jeremy M. Glapion*
                                                      JEREMY M. GLAPION

                                                      Attorneys for Plaintiff
                                                      JASON HUHN

Dated: August 3, 2016                                    KEKER & VAN NEST LLP

                                                By:   */s/ Benedict Y. Hur*
                                                      MICHAEL D. CELIO
                                                      BENEDICT Y. HUR
                                                      JUSTINA SESSIONS

                                                      Attorneys for Defendant
                                                      FACEBOOK, INC.

## **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 10, 2016                           _____
                                                 HON. HAYWOOD S. GILLIAM, JR.
                                                 UNITED STATES DISTRICT COURT JUDGE