Jeremy M. Glapion
Glapion Law Firm
1704 Maxwell Drive
Wall, New Jersey
Tel: 732-455-9737
Fax: 732-709-5150
jmg@glapionlaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| Jason Huhn, on behalf of himself and others similarly situated,<br>Plaintiffs,<br>v.<br>Facebook, Inc.<br>Defendant. | Case No. 3:16-cv-4035<br>**Hon. Haywood S. Gilliam, Jr.** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Jason Huhn, by and through his counsel, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice.

**Dated**: August 11, 2016

*/s/ Jeremy M. Glapion*
Jeremy M. Glapion
**THE GLAPION LAW FIRM, LLC**
1704 Maxwell Drive, Suite 102
Wall, New Jersey 07719
Tel: 732.455.9737
Fax: 732.709.5150
jmg@glapionlaw.com